UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>        Plaintiff,<br>  v.<br>HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and BRIGID HARRINGTON, in her individual and official capacity,<br>        Defendants. | Civil Action No. 1:19-cv-10138-RWZ |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Rule 7.1(b) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Harvard University and President and Fellows of Harvard College[1] hereby move this Court for an Order dismissing Plaintiff Jane Doe's Complaint in its entirety. The grounds for this motion are set forth in the accompanying Memorandum of Law.

## REQUEST FOR HEARING

Pursuant to Local Rule 7.1(D), Harvard respectfully requests that the Court mark this motion for hearing for oral argument. As grounds therefor, Harvard states that oral argument will be of assistance to the Court as the Court considers the arguments set forth in Defendants' Motion to dismiss and the accompanying Memorandum of Law.

---

[1] Plaintiff and Defendants have agreed to enter into a stipulation of dismissal of Defendant Harvard University Board of Overseers. The stipulation is being jointly filed concurrently with this Motion.

1

Respectfully submitted,


                                    */s/ Saraa Basaria*
                                    Victoria L. Steinberg, BBO #666482
                                    Saraa Basaria, BBO #685705
                                    TODD & WELD LLP
                                    One Federal Street
                                    Boston, MA  02110
                                    Telephone:     (617) 624-4714
                                    Facsimile:     (617) 624-4814
                                    vsteinberg@toddweld.com
                                    sbasaria@toddweld.com

                                    *Attorneys for Defendants,*
                                    *Harvard University, Harvard University Board*
                                    *of Overseers, President and Fellows of*
Dated:  March 14, 2019              *Harvard College*


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Harvard hereby certifies that on March 12, 2019, counsel for Harvard conferred in good faith with counsel for the Plaintiff in an effort to resolve the issues related to this motion to dismiss.

                                    */s/ Saraa Basaria*_____
                                    Saraa Basaria

## **CERTIFICATE OF SERVICE**

  I, Saraa Basaria, counsel for Harvard, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date:  March 14, 2019             */s/ Saraa Basaria*_____
                          Saraa Basaria