UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JANE DOE,

             Plaintiff,

     v.

HARVARD UNIVERSITY, HARVARD
UNIVERSITY BOARD OF OVERSEERS,
THE PRESIDENT AND FELLOWS OF
HARVARD COLLEGE, and BRIGID
HARRINGTON, in her individual and official
capacity,

             Defendants.

Civil Action No. 1:19-cv-10138-RWZ

## **CORRECTED STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT HARVARD UNIVERSITY BOARD OF OVERSEERS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Harvard University Board of Overseers (the correct name of which is The Board of Overseers of Harvard College). This voluntary dismissal is on the basis of Defendant President and Fellows of Harvard College's representation that it is the legal entity comprising all of Harvard's schools, and therefore a judgment or order entered against President and Fellows of Harvard College (if any), subject to the usual appeal rights, will be binding as to all matters relating to the conduct of Harvard University's affairs.

Dated: March 14, 2019

Respectfully submitted,                    Respectfully submitted,


_/s/ Cynthia E. MacCausland_               _/s/ Saraa Basaria_
Cynthia E. MacCausland, Esq.              Victoria L. Steinberg (BBO #666482)
BBO #676990                                Saraa Basaria, BBO (#685705)
470 Washington Street                      TODD & WELD LLP
Norwood, MA                                One Federal Street
Telephone:  (617) 284-3804                 Boston, MA  02110
Facsimile:   (617) 507-5852                Telephone:    (617) 624-4714
cynthia@maccauslandlaw.com                 Facsimile:    (617) 624-4814
                                           vsteinberg@toddweld.com
                                           sbasaria@toddweld.com


*Attorney for Jane Doe*                    *Attorneys for Defendants,*
                                           *Harvard University, Harvard University Board*
                                           *of Overseers, President and Fellows of*
                                           *Harvard College*


## CERTIFICATE OF SERVICE

I, Saraa Basaria, counsel for Harvard, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date:  March 14, 2019

_/s/ Saraa Basaria_
Saraa Basaria