UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANE DOE
Plaintiff(s)

v.                                CIVIL ACTION NO. 19CV10138-RWZ

HARVARD UNIVERSITY, ET AL
      Defendant(s)

## JUDGMENT IN A CIVIL CASE

ZOBEL, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[**X**]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

In accordance with the Memorandum of Decision and Order entered on 10/17/19; Judgment is entered DISMISSING the complaint against defendants Harvard University and President and Fellows of Harvard College

                                          Robert Farrell, CLERK

                                          s/ Lisa A. Urso
Dated; 10/23/19                           Deputy Clerk